THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 30, 2009



_____
Honorable Pamela Pepper
United States Bankruptcy Judge

U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re: ROBERT W. FLESSAS     Chapter 13
N28 W26946 Woodland Drive
Pewaukee WI 53072
LAURIE A. FLESSAS
18305 W Wisconsin Avenue     Case No. 2008-31132-PP-13
Brookfield WI 53045
           Debtor(s)     Court Claim no. 19
                                    Trustee Claim no. 33
                                    Claimant: GE Money Bank

**ORDER DISALLOWING CLAIM**

---

      The objection of the Chapter 13 Standing, Trustee, Thomas J. King to the claim of GE Money Bank came for hearing before the Honorable Pamela Pepper, U.S. Bankruptcy Judge in her Courtroom in Milwaukee, WI on the 8th day of December 2009.

      The trustee appeared in support of his objection to the claim and one of the debtors, Robert W Flessas also appeared. There was no appearance by or on behalf of the creditor;

      IT IS HEREBY ORDERED: That the claim of GE Money Bank is disallowed as late filed.

IT IS FURTHER ORDERED: That GE Money Bank reimburse the trustee the sum of $131.55 erroneously paid on the claim.

**Thomas J. King**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**(Fax) 920.231.5713**
**E-mail info@h13oshkosh.com**

#####