UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: ROBERT W. FLESSAS  Case No.: 2008-31132-PP-13
and LAURIE A. FLESSAS,  Chapter 13
           Debtor(s).

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

Robert W. Flessas and Laurie A. Flessas have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your Rights May be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue
> Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

MILLER & MILLER LAW, LLC
Attorney James L. Miller
735 West Wisconsin Avenue
Suite 600
Milwaukee, Wisconsin 53233
(414) 277-7742
(414) 277-1303

You must also mail a copy to:

    Attorney James L. Miller
    MILLER & MILLER LAW, LLC
    735 West Wisconsin Avenue
    Suite 600
    Milwaukee, Wisconsin 53233

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is

   __X__ **the Debtor;**

   _____ the Chapter 13 Trustee (post-confirmation only);

   _____ the holder of an unsecured claim (Name: _____ )
   (post-confirmation modification only).

2. This is a request to modify a Chapter 13 Plan:

   A. __X__ **post-confirmation;**

   B. _____ pre-confirmation;

       i. __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b);

       **ii.**____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

       **All creditors of record.**

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

       **Increase plan payments to maintain feasibility of plan.**

4.   The reason(s) for the modification is/are:   **Increase plan payments to maintain feasibility of plan.**

5.   A.  __X__  The Chapter 13 Plan confirmed or last modified on __March 3, 2009__ is modified as follows:

   B. ____ The unconfirmed Chapter 13 Plan dated _____ is modified as follows:

   **1.   Debtors will increase their Chapter 13 plan payment from $1,400.00 monthly to $2,120.00 monthly to maintain feasibility. Mrs. Flessas will pay $530.00 semi-monthly through her payroll deduction and Mr. Flessas will pay $1,060 monthly directly to the Trustee's lockbox.**

All remaining terms and provisions of the plan are unaffected unless specifically addressed herein. In the event of a conflict between the original plan and the modification set forth above, the later shall supersede and control.

6.   BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.

CERTIFICATION

1.  I/We, _____, the debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

    _____                    _____
    Debtor                                     Date

    _____                    _____
    Debtor                                     Date

OR

2.  I _James Miller_, attorney for debtor(s) _MR + MRS Flessas_ _____, certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

    _____                    __9/14/11__
    Counsel for the debtor(s)                  Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

| | | |
|---|---|---|
| Dated: _September 14, 2011_ | Attorneys for | Miller & Miller, LLC. |
| at City, State. | By: | James L. Miller |
| Milwaukee, Wisconsin | Bar No. | 1000569 |

MILLER & MILLER LAW, LLC
James L. Miller
735 West Wisconsin Avenue
Suite 600
Milwaukee, Wisconsin 53233
(414) 277-7742
(414) 277-1303

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ROBERT W. FLESSAS<br>and LAURIE A. FLESSAS,<br>Debtor(s) | Case No.: 2008-31132-PP-13<br>Chapter 13<br>CERTIFICATE OF MAILING |

STATE OF WISCONSIN)
                    ) SS
MILWAUKEE COUNTY)

Stacey Martinez, being sworn states that on September 14, 2011, mailed properly enclosed in a postpaid envelope, copy of the **Notice and Request to Modify Chapter 13 Plan**, that was filed with the court, to the following named persons at their proper post office address after their respective names:

** ALL CREDITORS OF RECORD

Robert Flessas
N28 W26946 Woodland Drive
Pewaukee, WI 53072

Laurie Flessas
18305 W. Wisconsin Avenue
Brookfield, WI 53045

Attorney Thomas J. King
Chapter 13 Trustee - via ECF

U.S. Bankruptcy Trustee - via ECF

Subscribed and sworn to before
me this 14th day of September, 2011.

/s/
James L. Miller
Notary Public, State of Wisconsin
My commission is permanent.

/s/
Stacey Martinez
**MILLER & MILLER LAW, LLC**
735 W. Wisconsin Avenue, Suite 600
Milwaukee, WI 53233
(414) 277-7742

```
Label Matrix for local noticing              GE Money Bank                              JPMorgan Chase Bank
0757-2                                       Attn: Ramesh Singh                         c/o O'Dess and Associates, S.C.
Case 08-31132-pp                             25 S.E. 2nd Avenue, Suite 1120             1414 Underwood Avenue
Eastern District of Wisconsin                Miami, FL 33131-1605                       Suite 403
Milwaukee                                                                               Wauwatosa, WI 53213-2653
Wed Sep 14 12:02:29 CDT 2011

Office of the U. S. Trustee                  PRA Receivables Management, LLC            (p)US BANK
517 East Wisconsin Ave.                      PO Box 41067                               PO BOX 5229
Room 430                                     Norfolk, VA 23541-1067                     CINCINNATI OH 45201-5229
Milwaukee, WI 53202-4510


eCAST Settlement Corporation                 AT&T Universal Card                        (p)AMERICAN GENERAL
POB 35480                                    P.O. Box 44167                             P O BOX 3251
Newark, NJ 07193-5480                        Jacksonville, FL 32231-4167                EVANSVILLE IN 47731-3251



Attorney Abigail O.Dess                      Attorney Ken Lamance                       Attorney Matthew J. Tadych
1414  Underwood Ave.  Ste 403                71 Langton Street                          5232 W Oklahoma Ave, Suite 200
Wauwatosa, WI 53213-2653                     San Francisco, CA 94103-3915               Milwaukee, WI 53219-4599



Bank of America                              Capital One                                Chase
P.O. Box 15026                               P.O. Box  30285                            P.O. Box  15298
Wilmington, DE 19850-5026                    Salt Lake City, UT 84130-0285              Wilmington, DE 19850-5298



Chase Bank USA NA                            Chicago Association of Reators/MLS         Citi Mortgage
by eCAST Settlement Corporation              P.O. Box 72258                             1000 Technology Drive
as its agent                                 Chicago, IL 60678-7252                     Saint Charles, MO 63368-2240
POB 35480
Newark NJ 07193-5480

CitiCards                                    CitiCards                                  Collection Experts, Inc.
P.O. Box  6241                               P.O. Box 44167                             1305 N. Barker Rd.
Sioux Falls, SD 57117-6241                   Jacksonville, FL 32231-4167                Brookfield, WI 53045-5230



(p)DELL FINANCIAL SERVICES                   (p)DISCOVER FINANCIAL SERVICES LLC         Discover Bank/DFS Services LLC
P O BOX 81577                                PO BOX 3025                                POB 3025
AUSTIN TX 78708-1577                         NEW ALBANY OH 43054-3025                   New Albany Ohio 43054-3025



Don Jentges                                  Elite Fitness & Racquet Clubs              Ella - Tho , LLC
N91W27474  Red Fox Run                       13825 W. Burleigh Road                     P.O. Box 1592
Hartland, WI 53029-9098                      Brookfield, WI 53005-3099                  Brookfield, WI 53008-1592



Ezedin Sadeghi D.D.S.., M.S.                 GE Consumer Finance                        GE Consumer Finance
P.O. Box 510567                              For GE Money Bank                          For GE Money Bank
New Berlin, WI 53151-0567                    dba BOMBARDIER/GEMB                        dba CARE CREDIT/GEMB
                                             PO Box 960061                              PO Box 960061
                                             Orlando FL 32896-0661                      Orlando FL 32896-0661
```

GE Financial
P.O. Box 981127
El Paso, TX 79998-1127

GE Money Bank/Bombardier
P.O. Box 981127
El Paso, TX 79998-1127

GEMB/Care Credit
P.O. Box 960061
Orlando, FL 32896-0061

Jentges Enterprises, a wisconsin partner
N91 W27474 Red Fox Run
Hartland, WI 53029-9098

LVNV Funding LLC its successors and assigns
assignee of Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LegalMatch C/O Attorney Ken Lamance
71 Langton Street
San Francisco, CA 94103-3915

Milwaukee Journal Sentinel
PO Box 2929
Milwaukee, WI 53201-2929

Northwestern Mutual
720 E. Wisconsin Ave.
Milwaukee, WI 53202-4703

Northwestern Mutual Credit Union
720 E. Wisconsin Ave. RM E02D
Milwaukee, WI 53202-4703

Pitney Bowes
2225 American Drive
Neenah, WI 54956-1005

Pitney Bowes Inc
27 Waterview Dr
Shelton CT 06484-4361

PitneyBowes
2225 American Drive
Neenah, WI 54956-1005

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Richard North Associates, Inc.
P.O. Box 963
Buffalo, NY 14226-0963

Robert and Barbara Dugan
19601 West Bluemound Road
Brookfield, WI 53045-5974

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Thompson West
610 Opperman Drive
Egan, MN 55123-1340

Thompson West
P.O. Box 64833
Saint Paul, MN 55164-1804

Time Warner Cable
Retention Department
1320 North Martin Luther King Dr.
Milwaukee, WI 53212-4002

US Bank/Retail Payment Solutions
PO Box 5229
Cincinnati, OH 45201-5229

WE Energies
333 W. Everett Street
Rm A130 Bankruptcy Dept.
Milwaukee, WI 53203

WFNNB/Chadwick
P.O. Box 659728
San Antonio, TX 78265-9728

WORLD FINANCIAL NETWORK NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

(p)CHASE CARD SERVICES
201 NORTH WALNUT STREET
ATTN MARK PASCALE
MAIL STOP DE1-1406
WILMINGTON DE 19801-2920

Washington Mutual home Loans
Bankruptcy Department
7255 Baymeadows Way
Jacksonville, FL 32256-6851

Waterstone Bank
11200 W. Plank Court
Milwaukee, WI 53226-3250

Waukesha County
County Treasurer's Office
1320 Pewaukee Rd. Rm 110
Waukesha, WI 53188-3878

Waukesha Memorial Hospital
c/o State Collection Service, Inc.
2509 S. Stoughton Road
P.O. Box 6250
Madison, WI 53716-0250

WeEnergies
333 W. Everett Street
Rm A130 Bankruptcy Dept.
Milwaukee, WI 53203

| | | |
|---|---|---|
| Yellow Book/Mid-West REG<br>RMS<br>P.O. Box 5471<br>Mount Laurel, NJ 08054-5471 | James L. Miller<br>Miller & Miller Law, LLC<br>735 West Wisconsin Avenue<br>Suite 600<br>Milwaukee, WI 53233-2413 | Laurie A Flessas<br>1805 W. Wisconsin Avenue<br>Brookfiled, WI 53045 |
| Robert W. Flessas<br>N28 W26946 Woodland Drive<br>Pewaukee, WI 53072-4454 | Thomas J. King<br>P.O. Box 3170<br>Oshkosh, WI 54903-3170 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| US BANK<br>POB 5229<br>CINCINNATI, OH 45201 | American General Finance<br>1407 Summit Ave.<br>Waukesha, WI 53188 | Dell Financial Services<br>c/o Customer Service Correspondence Dept<br>P.O. Box 81577<br>Austin, TX 78708-1577 |
| (d)Dell Financial Services, LLC<br>c/o Resurgent Capital Services<br>Po Box 10390<br>Greenville, SC 29603-0390 | Discover Bank<br>P.O. Box 15251<br>Wilmington, DE 19886-5251 | (d)Elan Financial Services<br>P.O. Box 6354<br>Fargo, ND 58125-6354 |
| Sprint PCS<br>P.O. Box 219554<br>Kansas City, MO 64121 | (d)US Bank<br>205 W. 4th Street<br>Cincinnati, OH 45202 | (d)US Bank N.A.<br>P.O. Box 2188<br>Oshkosh, WI 54903-2188 |
| WaMU<br>P.O. Box 660487<br>Dallas, TX 75266 | (d)Washington Mutual/Prov<br>PO Box 660509<br>Dallas, TX 75266 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)AT&T Universal card<br>PO Box 44167<br>Jacksonville, FL 32231-4167 | (u)Myfax.com | (u)Vonage |
| (d)eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | End of Label Matrix<br>Mailable recipients   64<br>Bypassed recipients    4<br>Total                     68 | |